**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NELL COOPER, et al.,

    Plaintiffs,

v.                                Case No. 3:06-cv-32-J-20HTS

JAY BROWN, etc., et al.,

    Defendants.

## O R D E R

This cause is before the Court on the Motion Under RICO Act for Racketeering Investigator as Well as Attorney General Appointed Attorney (Doc. #13), filed on February 1, 2006, which is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of February, 2006.

                                                    /s/        Howard T. Snyder
                                                      HOWARD T. SNYDER
                                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and *pro se* parties, if any