UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 MAR -6 P 3: 59

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

NELL COOPER, PHD,
BRIAN K. HUBBARD,

    Plaintiffs,

v.                                                          Case No. 3:06-cv-32-J-HES-HTS

JAY BROWN, et. al.,

    Defendants.
_____/

## ORDER

Upon this Court's *de novo* review of the Report and Recommendation (Doc. No. 24, filed on February 17, 2006) entered by the United States Magistrate Judge, this Court **ACCEPTS and ADOPTS** it. Despite Court Orders directing the Plaintiffs to file certain pleadings, the Plaintiffs have failed to file an Amended Complaint to demonstrate a basis for jurisdiction, Plaintiff Cooper has failed to file a proper Affidavit of Indigency, and neither Plaintiff has filed an Objection to the Court's Report and Recommendation to this date. In addition, the Complaint fails to request relief that the Court can grant. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, and the Clerk is **DIRECTED** to close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this _6_ day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Nell Cooper
Brian Keith Hubbard
U.S. Magistrate Judge Snyder